**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
LISA DAVIS,

                         Plaintiff,                         22 **CIVIL** 4054 (CM)(OTW)

      -v-                                                    **JUDGMENT**

ACTING COMMISSIONER OF SOCIAL
SECURITY,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 5, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Plaintiff will be afforded the opportunity for a new hearing.

**Dated:**  New York, New York
           August 10, 2022

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**
                                      **BY:**    *K. Mango*
                                                                    **Deputy Clerk**